2 01-15

Mr. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308 Capital Station
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

Dear Clerk
    Enclosed please find my Pro se Defendant's
Motion for Extension of time to file for
Discretionary Review. Please file this
motion and bring it to the Attention of
the court.

FILED IN
COURT OF CRIMINAL APPEALS
FEB 23 2015
Abel Acosta, Clerk

    I am enclosing an additional copy
of this court letter for file stamping to
verify receipt and presentation.
    Please return it to me in the
envelope provided. I also request that
you notify me of the Court Ruling on my
motion.

                    Sincerely,
                    Darius Damarcus Briggs #1856005
                    Bill Clemants Unit
                    9601 Spursal
                    Amarillo Texas
                        79107

No: 01-13-00291-CR

In the
Court of Criminal Appeals
Austin, Texas

DARIUS DAMASCUS BRIGGS

V.

The State of Texas

Appeal NO: 01-13-00291-CR

Trial Cause NO: 12-04-03646-CR

First motion for extension of time to file

Petition for Discretionary Review

To the Honorable Judges of the Court of Criminal Appeals: come now, Darius Damascus Briggs, petitioner, and files this motion for an extension of sixty(60) days in which to file a petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

I.

The petitioner was convicted in the 435th District court of Montgomery county, Texas of the offense of Violate Civil Commitment Section 841.082 Texas Health and Safety Cause No. 12-04-03646-CR, styled State of Texas Vs. Darius Damascus Briggs. The petitioner Appealed to

1.

The Court of Appeals, First District
Supreme Judicial District.
The case was affirmed on December 18, 2014 .

## II.

The Present deadline for the petition for Discretionary Review is January 18, 2015 . The petitioner has not requested any Extension prior to this request.

## III

Petitioner's Request for an Extension is based upon the following fact: Petitioner was not informed of the Decision of The Court of Appeals in affirming His case until January 7, 2015 since that time petitioner has been attempting to gain legal representatation in this matter. His attorney on the Appeal, Jay M. Wright , has informed petitioner that he will not represent Him on the petition for Discictionary Review.

Wherefore, petitioner prays this court grant this motion and extend the deadline for filing the petition for Discretionary Review in case No. 12-04-03646-CR to

_____.

2.

Darius Damarcus Briggs
Petitioner, PRO SE
Texas Department of
Justice Bill clements unit
TDCJ - ID # 1856005
Amarillo, Texas 79107

## Certificate of mailing And service

I, DARius BRiggs bring presently Imprisoned in Potter county, Texas and under penalty of Perjury, do hereby affirm that I have delivered a copy of my motion For Extension; to a TDCJ official, FRist class postage prepaid For mailing to;

Clerk of the Court
Texas Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711 - 2308

3.

Bret Ligon
207 W. Phillips Street
Conroe, Texas 77301

State Prosecuting Attorney
P.O. Box 12405 Capital Station
Austin, Texas 78711

On this the _13th_ day of _February_, 2015.

_Darius Damarcus Briggs_
Petitioner / Appellant

4.

1856005 DARIUS BRIGGS
Clements Unit
9601 Spur 591
Amarillo, Texas. 79107

LEGAL
MAIL

Clerk of the Court
Texas Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas
78711-2308





LEGAL
MAIL